IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: November 09, 2009

_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24748/185614-5

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Teresa Bernadette Johnson<br>      Debtor.<br>_____<br>Dollar Bank, Federal Savings Bank<br>      Movant,<br>   vs.<br><br>Teresa Bernadette Johnson, Debtor, Roger W. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-23654-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #21) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 12, 2009 and recorded in the office of the Allegheny County Recorder wherein Dollar Bank, Federal Savings Bank is the current beneficiary and Teresa Bernadette Johnson has an interest in, further described as:

> All that certain lot or piece of ground situate in the Municipality of Mt. Levanon, formerly Township of Mt. Levanon, County of Allegheny County and Commonwealth of Pennsylvania, beig Lot No. 1 in the Berkeley Hills Plan of Lots Section NO.1, recorded in the Recorder's Office of Allegheny Coutny in PBV 43, 117.

Lot & Block 099-C-262

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT